# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| TONIA WILLIAMS and BEVERLY DANTZLER, on behalf of themselves and all others similarly situated,<br><br>  *Plaintiff*,<br><br>  v.<br><br>PHH MORTGAGE CORPORATION d/b/a PHH MORTGAGE SERVICES,<br><br>  *Defendant*. | Civil Action No. 3:25-CV-144-FDW-SCR |

## UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, CERTIFYING CLASSES FOR PURPOSE OF SETTLEMENT, DIRECTING NOTICE TO THE CLASSES, AND SCHEDULING FAIRNESS HEARING

  Plaintiffs Tonia Williams and Beverly Dantzler, individual and on behalf all others similarly situated, pursuant to Rule 23 of the Federal Rules of Civil Procedure and respectfully move the Court to enter an Order Preliminarily Approving this Class Action Settlement Agreement; provisionally certifying the Classes and appointing the Class Representatives and Class Counsel; approving the content, form and manner of notice proposed to be sent to the members of the Classes; setting dates and procedures for the fairness hearing and staying all other deadlines and proceedings until further order of the Court.

  While not admitting any fault or liability, Defendant does not oppose the relief sought in this motion.

  Plaintiffs support this motion with a memorandum and exhibits filed contemporaneously with this motion, and such other written or oral arguments as are permitted or requested by the Court.

WHEREFORE, Plaintiffs respectfully request that this Court grant the motion and enter the proposed Order on Preliminary Approval of Class Settlement.

Dated: January 16, 2026.

        BRYSON HARRIS
        SUCIU & DeMAY PLLC

        */s/ Scott C. Harris*
        Scott C. Harris
        N.C. Bar No.: 35328
        Michael Dunn
        N.C. Bar No.: 47713
        900 W. Morgan Street
        Raleigh, North Carolina 27603
        Telephone: (919) 600-5000
        Facsimile: (919) 600-5035
        sharris@brysonpllc.com

        MAGINNIS HOWARD

        Edward H. Maginnis
        N.C. Bar No. 39317
        Karl S. Gwaltney
        N.C. Bar No. 45118
        4801 Glenwood Avenue, Suite 310
        Raleigh, North Carolina 27612
        Telephone: 919-526-0450
        Fax: 919-882-8763
        emaginnis@carolinalaw.com
        kgwaltney@carolinalaw.com

        *Attorneys for Plaintiffs and the putative Classes*

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing document was filed electronically with the clerk of court via the CM/ECF document filing service which provided notice of the electronic filing to all parties through their counsel of record.

This the 16th day of January, 2026.

BRYSON HARRIS SUCIU
& DeMAY PLLC

*/s/ Scott C. Harris*
Scott C. Harris
